**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO.**   1:25-mj-975 |
| **Plaintiff,** | |
| **v.** | |
| **SAMUEL SAXON,** | **MOTION AND [PROPOSED] ORDER TO SEAL CRIMINAL COMPLAINT** |
| **Defendant.** | |

The United States respectfully requests that the Court seal the Criminal Complaint, Arrest Warrant, and related papers in the above-captioned case. Disclosing these documents before the defendant's arrest could lead him to flee or destroy evidence and could endanger the agents executing the arrest warrant. Notwithstanding the foregoing, the United States requests that these papers be deemed unsealed upon the Defendant's arrest so that the government may share them with defense counsel in advance of his initial appearance.

Respectfully submitted,

DOMINICK S. GERACE II
United States Attorney

*s/Julie D. Garcia*
JULIE D. GARCIA (CA 288624)
ASHLEY N. BRUCATO (0090989)
Assistant United States Attorneys
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Julie.Garcia@usdoj.gov
Ashley.Brucato@usdoj.gov

## **PROPOSED ORDER**

Good cause appearing, it is **ORDERED** that the Criminal Complaint, Arrest Warrant, and related papers in the above-captioned case shall be sealed. Notwithstanding the foregoing, these papers shall be deemed unsealed upon the defendant's arrest so that the government may share them with defense counsel in advance of the defendant's initial appearance.

_____

DATE

_____

HONORABLE KAREN L. LITKOVITZ
United States Magistrate Judge