**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 1:25-mj-975** |
| **Plaintiff,** | **JUDGE LITKOVITZ** |
| **v.** | |
| **SAMUEL SAXON,** | **MOTION TO UNSEAL CASE** |
| **Defendant.** | |

The United States respectfully requests that the above-captioned case be unsealed. The defendant is in state custody, and a federal detainer has been filed. The United States respectfully submits that it is no longer necessary to maintain this case under seal.

Respectfully submitted,

DOMINICK S. GERACE II
United States Attorney

*/s/ Julie D. Garcia*
JULIE D. GARCIA (CA 288624)
ASHLEY N. BRUCATO (0090989)
Assistant United States Attorney
221 E 4th Street, Suite 400
Cincinnati, Ohio 45202
Office: (513) 684-3711
Julie.Garcia@usdoj.gov
Ashley.Brucato@usdoj.gov